FILED 2012 DEC 12 PM 2:52
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2012 Grand Jury

| UNITED STATES OF AMERICA, | ED No. CR 12-00092(A)-VAP |
|---|---|
| Plaintiff, | **FIRST SUPERSEDING INDICTMENT** |
| v. | [18 U.S.C. § 2339A: Conspiracy to Provide Material Support to Terrorists] |
| SOHIEL OMAR KABIR, RALPH KENNETH DELEON, aka "Ralph De Leon," aka "Rafiq Abdul Raheem," aka "Ya Seen," aka "Ya Sin," MIGUEL ALEJANDRO VIDRIALES SANTANA, aka "Miguel Santana," aka "Muhammad Khalid Mikaeel Khattab," and ARIFEEN DAVID GOJALI, aka "Arifeen Ghazali," aka "Arifeen Ghozali," aka "Arifeendavud Gojali," | |
| Defendants. | |

The Grand Jury charges:

///
///
///

[18 U.S.C. § 2339A]

A.   OBJECT OF THE CONSPIRACY

1.   Beginning in or around August 2010 and continuing up to and including November 16, 2012, in San Bernardino and Los Angeles Counties, within the Central District of California, and elsewhere, defendants SOHIEL OMAR KABIR ("KABIR"), RALPH KENNETH DELEON, also known as ("aka") "Ralph De Leon," aka "Rafiq Abdul Raheem," aka "Ya Seen," aka "Ya Sin" ("DELEON"); MIGUEL ALEJANDRO VIDRIALES SANTANA, aka "Miguel Santana," aka "Muhammad Khalid Mikaeel Khattab" ("SANTANA"); ARIFEEN DAVID GOJALI, aka "Arifeen Ghazali," aka "Arifeen Ghozali," aka "Arifeendavud Gojali" ("GOJALI"); and others known and unknown to the grand jury; conspired and agreed with each other to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including property, services, and personnel, including themselves, knowing and intending that they were to be used in preparation for, and in carrying out, violations of the following federal laws:

   a.   Title 18, United States Code, Section 956 (conspiracy to commit at a place outside the United States an act that would constitute the offense of murder, kidnapping, or maiming, if committed in the special maritime and territorial jurisdiction of the United States, where one of the conspirators committed an act within the jurisdiction of the United States to effect an object of the conspiracy);

   b.   Title 18, United States Code, Section 1114 (killing and attempting to kill officers and employees of the United States and of any agency or branch of the United States (including members of the uniformed services), while such officers and employees were

engaged in or on account of the performance of official duties, and any person assisting such officers and employees);

   c. Title 18, United States Code, Sections 2332(a) and (b) (killing, attempting, and conspiring to kill, a national of the United States while such national is outside the United States);

   d. Title 18, United States Code, Section 2332a(b) (using, and threatening, attempting, and conspiring to use, a weapon of mass destruction outside of the United States); and

   e. Title 18, United States Code, Section 2332f (delivering, placing, discharging, and detonating, and attempting and conspiring to deliver, place, discharge, and detonate, an explosive or other lethal device into or against a place of public use, a state or government facility, a public transportation system, and an infrastructure facility, with the intent to cause death and serious bodily injury and to cause extensive destruction to such places, facilities, and systems).

B. MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished in substance as follows:

 1. Defendants KABIR, DELEON, SANTANA, and GOJALI would coordinate travel from the United States in order to meet with and join other persons overseas, including members of the Taliban and Al-Qa'ida, in order to engage in violent jihad against United States civilian and military personnel and others.

 2. Defendant KABIR would depart the United States, relocating temporarily in Germany before traveling to Kabul, Afghanistan, in approximately July 2012.

3. While in Afghanistan, defendant KABIR would contact individuals in Afghanistan to make arrangements for himself and the remaining defendants to join others, including members of the Taliban and Al-Qa'ida, in order to engage in violent jihad.

4. While in Afghanistan, defendant KABIR would communicate with and provide direction to defendants DELEON, SANTANA, and GOJALI regarding traveling from the United States to Afghanistan and to potential intermediate destinations, including the United Arab Emirates, Turkey, and Saudi Arabia.

5. To conceal defendants' true intentions, defendants KABIR, DELEON, SANTANA, and GOJALI would use coded language when communicating with each other about some of their activities, including plans to travel overseas.

6. While in the United States, defendants DELEON, SANTANA, and GOJALI would participate in training, including physical exercise, paintball activities, and shooting M16 and AK-47 style assault rifles and other firearms.

7. While in the United States, defendants DELEON and SANTANA would obtain valid passports to facilitate their departure from the United States and subsequent overseas travel for the purpose of meeting with and joining defendant KABIR and others, including members of the Taliban and Al-Qa'ida, in order to engage in violent jihad, including against American civilian and military personnel and others.

8. While in the United States, defendant GOJALI would obtain a valid United States passport by falsely representing that he needed a passport to travel to Dubai, United Arab Emirates, in order to attend his grandfather's funeral when, as defendant GOJALI well

knew, his true purpose was to travel overseas with defendants DELEON and SANTANA to meet with and join defendant KABIR and others, including members of the Taliban and Al-Qa'ida, in order to engage in violent jihad.

9. While in the United States, defendant DELEON would withdraw from school, obtain a refund of his tuition money, and sell his car in order to raise money for the group's travel expenses.

10. While in the United States, defendants DELEON, SANTANA, and GOJALI would purchase airline tickets for flights from Mexico City to Istanbul, Turkey.

11. To avoid detection, defendants DELEON, SANTANA, and GOJALI would plan to depart the United States by driving to Mexico in order to fly from Mexico City to Istanbul, Turkey, en route to meet with and join defendant KABIR and other persons and thereafter engage in violent jihad.

A TRUE BILL

/s/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Section

SUSAN J. De WITT
Assistant United States Attorney
Deputy Chief, National Security Section

CHRISTOPHER D. GRIGG
Assistant United States Attorney
National Security Section