UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   ED CR 12-00092-(A)-VAP                                    Date:  April 3, 2013
================================================================
PRESENT:  HONORABLE VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Marva Dillard | None Present | Susan J. Dewitt |
|---|---|---|
| Deputy Clerk | Court Reporter | Christopher D. Grigg |
| | | Allen W. Chiu |
| | | Asst. U.S. Attorney |
| | | Not Present |

================================================================
U.S.A. vs (Dfts listed below)              Attorneys for Defendants

(1)   SOHEIL OMAR KABIR                    (1)   Jeffrey Aaron, DFPD
                                                  Angela Viramontes, DFPD
(2)   RALPH KENNETH DeLEON                        Matthew B. Larsen, DFPD
(3)   MIGUEL ALEJANDRO VIDRIALES           (2)   Randolph K. Driggs, CJA
       SANTANA                              (3)   Robert E. Scott, CJA
(4)   ARIFEEN DAVID GOJALI
       Not Present                          (4)   John N. Aquilina, CJA
                                                  Not Present

_____

**PROCEEDINGS:   MINUTE ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS (DOC. NOS. 92, 93, 94, 95, 96, 97, 98) (IN CHAMBERS)**

   The Court has received Defendants' Motions for Disclosure (Doc. Nos. 92, 93, 94, 95); Motion to Dismiss (Doc. No. 96); and Motions for Discovery (Doc. Nos. 97, 98), filed March 29, 2013.  The Motions are set for hearing on April 29, 2013, at 2:30 p.m.  The United States shall file any Oppositions to the Motions by April 8, 2013.  Defendants may file any Replies by April 15, 2013.

   **IT IS SO ORDERED.**

CR-11 (09/98)                                              Initials of Deputy Clerk __md____
CRIMINAL MINUTES - GEN