1  David J. Thomas, SBN: 175180
   HANNA, BROPHY, MacLEAN, McALEER & JENSEN, LLP
2  1500 Iowa Avenue, Suite 220
   Riverside, CA 92507
3  Telephone: (951) 824-2984
   Facsimile: (951) 848-9405
4  E-mail: dthomas@hannabrophy.com

5  Attorneys for Defendant
   RALPH KENNETH DELEON

6

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

                          EASTERN DIVISION
9

10

11  UNITED STATES OF AMERICA,          ED CR 12-00092-VAP-2

12          Plaintiff,                 **JOINDER IN DEFENDANT KABIR'S MOTION TO DISMISS ALL BUT COUNT FOUR OF THE SECOND SUPERSEDING INDICTMENT**
13  vs.

14
    RALPH KENNETH DELEON,              Hearing Date: April 14, 2014
15                                     Hearing Time: 9:00 a.m.
            Defendant(s).
16

17          Comes now Defendant RALPH KENNETH DELEON, and joins in co-defendant
18  SOHIEL OMAR KABIR'S Motion to Dismiss all but Count Four of the Second
19  Superseding Indictment, filed on March 14, 2014.  This joinder is based upon the law and
20  argument presented in co-defendant Kabir's motion, all files and records in this case, and
21  any further evidence as may be presented at any hearing in connection with this motion.
22          Mr. Deleon submits that this joinder is in the interest of justice and will avoid
23  duplication of effort and unnecessary costs to the Government.
24

25  Dated: March 31, 2014            *David J. Thomas*

26                                   _____
                                     DAVID J. THOMAS
27                                   Attorney for Defendant RALPH KENNETH DELEON

28

**JOINDER IN DEFENDANT KABIR'S MOTION TO DISMISS ALL
BUT COUNT 4 OF THE SECOND SUPERSEDING INDICTMENT**