UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | ED CR 12-00092-(B)-VAP | Date | May 5, 2014 |
|---|---|---|---|

Present: The Honorable **VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE**

Interpreter

| Marva Dillard | Phyllis Preston | Susan J. Dewitt, Christopher Grigg, Allen Chiu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) SOHIEL OMAR KABIR<br>(2) RALPH KENNETH DeLEON | X | X | | (1) Jeffrey Aaron and Angela Viramontes, DFPD<br>(2) David J. Thomas, CJA | X | X | |

Proceedings: DEFENDANTS' MOTION TO SUPPRESS EVIDENCE OBTAINED THROUGH THE FOREIGN INTELLIGENCE SURVEILLANCE ACT (FISA), AND TO DISCOVER FISA APPLICATIONS (ECF 220);

DEFENDANT KABIR'S MOTION FOR COMPULSORY PROCESS (ECF 258)

Court issues a tentative rulings, hears oral argument and takes the matters under submission.

1 : 25

Initials of Deputy Clerk   md

cc: