David J. Thomas, (SBN: 175180)
HANNA, BROPHY, MacLEAN, McALEER & JENSEN, LLP
1500 Iowa Avenue, Suite 220
Riverside, CA 92507
Telephone: (951) 824-2984
Facsimile : (951) 779-9494
E-mail: dthomas@hannabrophy.com

Attorney for Defendant
RALPH KENNETH DELEON (2)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH KENNETH DELEON (2),<br><br>Defendant. | CASE NO.: ED-CR-12-0092-VAP<br><br>JOINDER IN DEFENDANT KABIR'S MOTIONS: DOCKET #'S: 387, 390, 391, 394, 395, 398, 400<br><br>Hearing Date: July 28, 2014<br>Hearing Time: 9:00 a.m. |

COMES NOW Defendant RALPH KENNETH DELEON, and joins in co-defendant SOHIEL OMAR KABIR'S Motions filed June 30, 2014. Specifically, Docket #'s 387, 390, 391, 394, 395, 398, 400. This Joinder is based upon the law and argument presented in co-defendant Kabir's Motions, all files and records in this case, and any further evidence as may be presented at any hearing in connection with these motions.

///

///

///

///

JOINDER IN DEFENDANT KABIR'S MOTIONS: DOCKET #'S: 387, 390, 391, 394, 395, 398, 400

Mr. Deleon submits that this Joinder is in the interest of justice and will avoid duplication of effort and unnecessary costs to the Government.

Dated: July 7, 2014

DAVID J. THOMAS
Attorney for Defendant, Ralph Kenneth DeLeon

JOINDER IN DEFENDANT KABIR'S MOTIONS: DOCKET #'S: 387, 390, 391, 394, 395, 398, 400