David J. Thomas, (SBN: 175180)
HANNA, BROPHY, MacLEAN, McALEER & JENSEN, LLP
1500 Iowa Avenue, Suite 220
Riverside, CA  92507
Telephone: (951) 824-2984
Facsimile : (951) 779-9494
E-mail: dthomas@hannabrophy.com

Attorney for Defendant
RALPH KENNETH DELEON (2)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>RALPH KENNETH DELEON (2),<br><br>                    Defendant. | CASE NO.: ED-CR-12-0092-VAP<br><br>JOINDER IN DEFENDANT KABIR'S OPPOSITION TO GOVERNMENT'S MOTION UNDER FED. R. EVID. 609 [DKT. #426]; AND KABIR'S OPPOSITION TO THE GOVERNMENT'S MIL TO PRECLUDE EVIDENCE RELATING TO FBI SA NADER PURSUANT TO FEDERAL RULES OF EVIDENCE 608(b) AND 403 [DKT. #427]<br><br>Hearing Date: July 29, 2014<br>Hearing Time: 9:00 a.m. |

COMES NOW Defendant RALPH KENNETH DELEON, and joins in Co-Defendant SOHIEL OMAR KABIR'S Opposition to the Government's Motion Under Fed. R. Evid. 609 [Dkt. #426] and Kabir's Opposition to the Government's MIL to Preclude Evidence Relating to FBI SA Nader Pursuant to Federal Rules of Evidence 608(b) and 403 [Dkt. #427] both of which were filed July 9, 2014 Under Seal.  This Joinder is based upon the law and argument presented in co-defendant Kabir's Opposition, all files and records in this case,  and any further evidence as may be

1

presented at any hearing in connection with the Opposition.

Mr. Deleon submits that this Joinder is in the interest of justice and will avoid duplication of effort and unnecessary costs to the Government.

Dated: July 15, 2014

DAVID J. THOMAS
Attorney for Defendant, Ralph Kenneth DeLeon

JOINDER IN DEFENDANT KABIR'S OPPOSITION TO GOVERNMENT'S MOTION UNDER FED. R. EVID. 609 [DKT. #426]; AND KABIR'S OPPOSITION TO THE GOVERNMENT'S MIL TO PRECLUDE EVIDENCE RELATING TO FBI SA NADER PURSUANT TO FEDERAL RULES OF EVIDENCE 608(b) AND 403 [DKT. #427]