STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
SUSAN J. DE WITT (Cal. Bar No. 132462)
CHRISTOPHER D. GRIGG (Cal. Bar No. 220243)
Deputy Chief, National Security Section
ALLEN W. CHIU (Cal. Bar No. 240516)
Assistant United States Attorneys
National Security Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4496/5429
    Facsimile: (213) 894-6436
    E-mail: susan.dewitt@usdoj.gov
            christopher.grigg@usdoj.gov
            allen.chiu@usdoj.gov

ANNAMARTINE SALICK (N.Y. Bar No. 5076385)
Trial Attorney
United States Department of Justice
Counterterrorism Section


Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>          v.<br><br>SOHIEL OMAR KABIR, et al.,<br><br>                  Defendants. | ED No. CR 12-00092(B)-VAP<br><br>REQUEST FOR JUDICIAL NOTICE OF AL-QA'IDA'S DESIGNATION AS A FOREIGN TERRORIST ORGANIZATION AS PUBLISHED IN THE FEDERAL REGISTER<br><br>Trial Date: August 12, 2014<br>Hearing Time: 9:00 a.m.<br>Place: Courtroom of the Honorable Virginia A. Phillips |

The United States of America, by and through its undersigned counsel, hereby requests that the Court take judicial notice of the fact that Al-Qa'ida was a designated foreign terrorist organization

effective October 8, 1999 and at all times relevant to this case as published in the Federal Register.

Dated: August 8, 2014                    Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


            /s/
SUSAN J. DE WITT
CHRISTOPHER D. GRIGG
ALLEN W. CHIU
Assistant United States Attorneys
National Security Section

ANNAMARTINE SALICK
Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ii

**REQUEST FOR JUDICIAL NOTICE**

Federal Rule of Evidence 201(b)(1) allows a Court to take judicial notice of adjudicative facts when those facts "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evd. 201(b)(1).  Federal courts are required to judicially notice items published in the Federal Register.  See 44 U.S.C. § 1507 ("The contents of the Federal Register shall be judicially noticed . . . "); United States v. Wood, 335 F.3d 993, 1001 (9th Cir. 2003) (district court complied with the law by judicially noticing a rule published in the Federal Register).

Count Two of the Second Superseding Indictment charges Sohiel Omar Kabir and Ralph Kenneth Deleon ("the defendants") with conspiracy to provide material support and resources to a Foreign Terrorist Organization, that is a Al-Qa'ida, in violation of 18 U.S.C. § 2339B.  (See Docket Number 223 at 7.)  Count Four charges the defendants with conspiracy to receive military-type training from, and on behalf of Al-Qa'ida, a designated foreign terrorist organization, in violation of 18 U.S.C. § 371.  (Id. at 9.)

Pursuant to Section 219 of the Immigration and Nationality Act (the "INA"), as amended under the Antiterrorism and Effective Death Penalty Act of 1999 (P.L. 104-132), the Secretary of State, in consultation with the Secretary of the Treasury and the Attorney General, may designate an organization as a foreign terrorist organization ("FTO") if it is determined that: "(A) the organization is a foreign organization; (B) the organization engages in terrorist activity . . . ; and (C) the terrorist activity or terrorism of the organization threatens the security of United States nationals or the national security of the United States."  8 U.S.C. §§ 1189(a)(1),

1

1189(d)(4).  The Intelligence Reform and Terrorism Prevention Act of 2004 ("IRTPA") replaced the INA's requirement that an FTO must be redesignated every 2 years with the provision that the designation must be reviewed every 5 years, unless  a terrorist organization seeks review of its designation within 5 years of its last designation.  Pub. L. 108- 458 sec. 7119.

Effective October 8, 1999, the Secretary of State designated Al-Qa'ida as an FTO and the designation was published in the Federal Register.  See 64 Fed. Reg. 55112 (Oct. 8, 1999), attached hereto as Exhibit A.  Al-Qa'ida remained a designated FTO at all times relevant to the Second Superseding Indictment.  See 74 Fed. Reg. 4069 (Jan. 22, 2009), attached hereto as Exhibit B.

Accordingly, pursuant to 44 U.S.C. § 1507 and Federal Rule of Evidence 201, the government respectfully requests that the Court take judicial notice of the fact that Al-Qa'ida was a designated FTO at all times relevant to the Second Superseding Indictment as published in the Federal Register.

Dated: August 8, 2014                    Respectfully submitted,

                                         STEPHANIE YONEKURA
                                         Acting United States Attorney

                                         ROBERT E. DUGDALE
                                         Assistant United States Attorney
                                         Chief, Criminal Division


                                            /s/
                                         SUSAN J. DE WITT
                                         CHRISTOPHER D. GRIGG
                                         ALLEN W. CHIU
                                         Assistant United States Attorneys

                                         ANNAMARTINE SALICK
                                         Trial Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

2

# EXHIBIT A

# DEPARTMENT OF STATE

[Public Notice 3130]

**Office of the Coordinator For Counterterrorism; Designation of Foreign Terrorist Organizations**

**AGENCY:** Department of State.

**ACTION:** Designation of Foreign Terrorist Organizations.

Pursuant to Section 219 of the Immigration and Nationality Act ("INA"), as added by the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104–132, § 302, 110 Stat. 1214, 1248 (1996), and amended by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. No. 104–208, 110 Stat. 3009 (1996), I hereby designate, effective October 8, 1999, the following organization as a foreign terrorist organization:

al Qa'ida
    also known as al Qaeda, also known as "the Base," also known as the Islamic Army, also known as the World Islamic Front for Jihad Against Jews and Crusaders, also known as the Islamic Army for the Liberation of the Holy Places, also known as the Usama Bin Laden Network, also known as the Usama Bin Laden Organization, also known as Islamic Salvation Foundation, also known as The Group for the Preservation of the Holy Sites

Pursuant to Section 219 of the Immigration and Nationality Act ("INA"), as added by the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104–132, § 302, 110 Stat. 1214, 1248 (1996), and amended by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. No. 104–208, 110 Stat. 3009 (1996), I hereby redesignate, effective October 8, 1999, the following organizations as foreign terrorist organizations:

Abu Nidal Organization
    also known as ANO, also known as Black September, also known as the Fatah Revolutionary Council, also known as the Arab Revolutionary Council, also known as the Arab Revolutionary Brigades, also known as the Revolutionary Organization of Socialist Muslims
Abu Sayyaf Group
    also known as Al Harakat Al Islamiyya
Armed Islamic Group
    also known as GIA, also known as Groupement Islamique Arme, also known as AIG, also known as Al-

Jama'ah al-Islamiyah al-Musallah
Aum Shinrikyo
    also known as Aum Supreme Truth, also known as A.I.C. Sogo Kenkyusho, also known as A.I.C. Comprehensive Research Institute
Basque Fatherland and Liberty
    also known as Euzkadi Ta Askatasuna, also known as ETA
Gama'a al-Islamiyya
    also known as the Islamic Group, also known as IG, also known as al-Gama'at, also known as Islamic Gama'at, also known as Egyptian al-Gama'at al-Islamiyya, also known as GI
HAMAS
    also known as the Islamic Resistance Movement, also known as Harakat al-Muqawama al-Islamiya, also known as Students of Ayyash, also known as Students of the Engineer, also known as Yahya Ayyash Units, also known as Izz Al-Din Al-Qassim Brigades, also known as Izz Al-Din Al-Qassim Forces, also known as Izz Al-Din Al-Qassim Battalions, also known as Izz al-Din Al Qassam Brigades, also known as Izz al-Din Al Qassam Forces, also known as Izz al-Din Al Qassam Battalions
Harakat ul-Mujahideen
    also known as HUM, also known as Harakat ul-Ansar, also known as HUA, also known as Al-Hadid, also known as Al-Hadith, also known as Al-Faran
Hizballah
    also known as the Party of God, also known as Islamic Jihad, also known as Islamic Jihad Organization, also known as Revolutionary Justice Organization, also known as Organization of the Oppressed on Earth, also known as Islamic Jihad for the Liberation of Palestine, also known as Organization of Right Against Wrong, also known as Ansar Allah, also known as Followers of the Prophet Muhammed
Japanese Red Army
    also known as Nippon Sekigun, also known as Nihon Sekigun, also known as the Anti-Imperialist International Brigade, also known as the Holy War Brigade, also known as the Anti-War Democratic Front, also known as the JRA, also known as the AIIB
al-Jihad
    also known as Egyptian al-Jihad, also known as New Jihad, also known as Egyptian Islamic Jihad, also known as Jihad Group
Kach
    also known as the Repression of Traitors, also known as Dikuy Bogdim, also known as DOV, also

known as the State of Judea, also known as the Committee for the Safety of the Roads, also known as the Sword of David, also known as Judea Police, also known as Forefront of the Idea, also known as The Qomemiyut Movement, also known as The Yeshiva of the Jewish Idea
Kahane Chai
    also known as Kahane Lives, also known as the Kfar Tapuah Fund, also known as The Judean Voice, also known as The Judean Legion, also known as The Way of the Torah, also known as The Yeshiva of the Jewish Idea, also known as KOACH
Kurdistan Workers' Party
    also known as the PKK, also known as Partiya Karkeran Kurdistan
Liberation Tigers of Tamil Eelam
    also known as LTTE, also known as Tamil Tigers, also known as Ellalan Force
Mujahedin-e Khalq Organization
    also known as MEK, also known as MKO, also known as Mujahedin-e Khalq, also known as People's Mujahedin Organization of Iran, also known as PMOI, also known as Organization of the People's Holy Warriors of Iran, also known as Sazeman-e Mujahedin-e Khalq-e Iran, also known as National Council of Resistance, also known as NCR, also known as the National Liberation Army of Iran, also known as NLA
National Liberation Army
    also known as the ELN, also known as the Ejercito de Liberacion Nacional
Palestine Islamic Jihad-Shaqaqi Faction
    also known as PIJ-Shaqaqi Faction, also known as PIJ-Shallah Faction, also known as Palestinian Islamic Jihad, also known as PIJ, also known as Islamic Jihad of Palestine, also known as Islamic Jihad in Palestine, also known as Abu Ghunaym Squad of the Hizballah Bayt Al-Maqdis
Palestine Liberation Front-Abu Abbas Faction
    also known as the Palestine Liberation Front, also known as the PLF, also known as the PLF-Abu Abbas
Popular Front for the Liberation of Palestine
    also known as the PFLP, also known as the Red Eagles, also known as the Red Eagle Group, also known as the Red Eagle Gang, also known as the Halhul Gang, also known as the Halhul Squad
Popular Front for the Liberation of Palestine-General Command
    also known as PFLP-GC
Revolutionary Armed Forces of Colombia

Federal Register / Vol. 64, No. 195 / Friday, October 8, 1999 / Notices    55113

also known as FARC, also known as Fuerzas Armadas Revolucionarias de Colombia

Revolutionary Organization 17 November
also known as 17 November, also known as Epanastatiki Organosi 17 Noemvri

Revolutionary People's Liberation Party/ Front
also known as Devrimci Halk Kurtulus Partisi-Cephesi, also known as the DHKP/C, also known as Devrimci Sol, also known as Revolutionary Left, also known as Dev Sol, also known as Dev Sol Silahli Devrimci Birlikleri, also known as Dev Sol SDB, also known as Dev Sol Armed Revolutionary Units

Revolutionary People's Struggle
also known as Epanastatikos Laikos Agonas, also known as ELA, also known as Revolutionary Popular Struggle, also known as Popular Revolutionary Struggle, also known as June 78, also known as Organization of Revolutionary Internationalist Solidarity, also known as Revolutionary Nuclei, also known as Revolutionary Cells, also known as Liberation Struggle

Shining Path
also known in Spanish as Sendero Luminoso, also known as SL, also known as the Partido Comunista del Peru en el Sendero Luminoso de Jose Carlos Mariategui (Communist Party of Peru on the Shining Path of Jose Carlos Mariategui), also known as Partido Comunista del Peru (Communist Party of Peru), also known as PCP, also known as Socorro Popular del Peru (People's Aid of Peru), also known as SPP, also known as Ejercito Guerrillero Popular (People's Guerrilla Army), also known as EGP, also known as Ejercito Popular de Liberacion (People's Liberation Army), also known as the EPL

Tupac Amaru Revolutionary Movement
also known as MRTA, also known as the Movimiento Revolucionario Tupac Amaru

I further direct that these designations be published in the **Federal Register** on October 8, 1999, as required by section 219(a)(2)(A)(ii) of the INA.

Dated: October 6, 1999.

**Madeleine K. Albright,**

*Secretary of State.*

[FR Doc. 99–26565 Filed 10–7–99; 5:00 pm]

**BILLING CODE 4710–25–P**

# EXHIBIT B



## SMALL BUSINESS ADMINISTRATION

[Disaster Declaration #11631]

### Washington Disaster # WA–00018 Declaration of Economic Injury

**AGENCY:** U.S. Small Business Administration.
**ACTION:** Notice.

**SUMMARY:** This is a notice of an Economic Injury Disaster Loan (EIDL) declaration for the State of Washington, dated 01/12/2009.
*Incident:* Green River/Kummer Bridge Closure.
*Incident Period:* 11/14/2008 and continuing.
**EFFECTIVE DATE:** 01/12/2009.
*EIDL Loan Application Deadline Date:* 10/13/2009.
**ADDRESSES:** Submit completed loan applications to: U.S. Small Business Administration, Processing and Disbursement Center, 14925 Kingsport Road, Fort Worth, TX 76155.
**FOR FURTHER INFORMATION CONTACT:** A. Escobar, Office of Disaster Assistance, U.S. Small Business Administration, 409 3rd Street, SW., Suite 6050, Washington, DC 20416.
**SUPPLEMENTARY INFORMATION:** Notice is hereby given that as a result of the Administrator's EIDL declaration, applications for economic injury disaster loans may be filed at the address listed above or other locally announced locations.
The following areas have been determined to be adversely affected by the disaster:
Primary Counties: King.
Contiguous Counties:
Washington: Chelan, Kitsap, Kittitas, Pierce, Snohomish, Yakima.
The Interest Rate is: 4.000.
The number assigned to this disaster for economic injury is 116310.
The States which received an EIDL Declaration # are Washington.

(Catalog of Federal Domestic Assistance Number 59002)

Dated: January 12, 2009.
**Sandy K. Baruah,**
*Acting Administrator.*
[FR Doc. E9–1208 Filed 1–21–09; 8:45 am]
**BILLING CODE 8025–01–P**

## SMALL BUSINESS ADMINISTRATION

### Advisory Committee on Veterans Business Affairs

**AGENCY:** U.S. Small Business Administration.
**ACTION:** Notice of open Federal Advisory Committee meeting.

**SUMMARY:** The SBA is issuing this notice to announce the location, date, time, and agenda for the next meeting of the Advisory Committee on Veterans Business Affairs. The meeting will be open to the public.
**DATES:** The meeting will be held on February 10–11, 2009, from 9 a.m. to 5 p.m. Eastern Standard Time.
**ADDRESSES:** The meeting will be held at the U.S. Small Business Administration, 409 3rd Street, SW., Eisenhower Conference Room, 2nd floor, Washington, DC 20416.
**SUPPLEMENTARY INFORMATION:** Pursuant to section 10(a)(2) of the Federal Advisory Committee Act (5 U.S.C., Appendix 2), SBA announces the meeting of the Advisory Committee on Veterans Business Affairs. The Advisory Committee on Veterans Business Affairs serves as an independent source of advice and policy recommendation to the Administrator of the U.S. Small Business Administration.
The purpose of the meeting is scheduled as a full committee meeting. The agenda will include: (1) Status of the current committee; (2) Orientation for new members; (3) Discussion of the permanency of SBA's Advisory Committee; (4) A review of SBA's Programs and Services; and (5) Implementation steps of Public Law 110–186.
**FOR FURTHER INFORMATION CONTACT:** The meeting is open to the public; however, advance notice of attendance is requested. Anyone wishing to attend and/or make a presentation to the Advisory Committee on Veterans Business Affairs must contact Cheryl Simms, Program Liaison, by February 2, 2009, by fax or e-mail in order to be placed on the agenda. Cheryl Simms, Program Liaison, U.S. Small Business Administration, Office of Veterans Business Development, 409 3rd Street, SW., Washington, DC 20416, *Telephone number:* (202) 619–1697, *Fax number:* 202–481–6085, e-mail address: *cheryl.simms@sba.gov.*
Additionally, if you need accommodations because of a disability or require additional information, please contact Cheryl Simms, Program Liaison at (202) 619–1697; *e-mail address: cheryl.simms@sba.gov,* SBA, Office of Veterans Business Development, 409 3rd Street, SW., Washington, DC 20416.
For more information, please visit our Web site at *http://www.sba.gov/vets.*

Dated: January 5, 2009.
**Cherylyn Lebon,**
*SBA Committee Management Officer.*
[FR Doc. E9–1206 Filed 1–21–09; 8:45 am]
**BILLING CODE 8025–01–P**

## DEPARTMENT OF STATE

[Public Notice 6488]

### In the Matter of the Review of the Designations of Al-Qa'ida (AQ), Haraket-ul-Mujahidin (HUM), Popular Front for the Liberation of Palestine (PFLP), and Palestinian Islamic Jihad (PIJ) and All Designated Aliases, as Foreign Terrorist Organizations Pursuant to Section 219 of the Immigration and Nationality Act, as Amended

Based upon a review of the Administrative Records assembled in this matter pursuant to Section 219(a)(4)(C) of the Immigration and Nationality Act, as amended (8 U.S.C. 1189(a)(4)(C)) ("INA") , and in consultation with the Attorney General and the Secretary of the Treasury, I conclude that the circumstances that were the basis for the 2003 re-designations of the aforementioned organizations as foreign terrorist organizations have not changed in such a manner as to warrant revocation of the designations and that the national security of the United States does not warrant a revocation.
Therefore, I hereby determine that the designations of the aforementioned organizations as foreign terrorist organizations, pursuant to Section 219 of the INA (8 U.S.C. 1189), shall be maintained.
This determination shall be published in the **Federal Register.**

Dated: January 9, 2009.
**John D. Negroponte,**
*Deputy Secretary of State, Department of State.*
[FR Doc. E9–1221 Filed 1–21–09; 8:45 am]
**BILLING CODE 4710–10–P**

## DEPARTMENT OF TRANSPORTATION

### Federal Highway Administration

[FHWA Docket No. FHWA–08–0106]

### Express Lanes Demonstration Program—Performance Goals for the Texas Department of Transportation Express Lanes IH–635/IH35E and North Tarrant Express Lanes Projects

**AGENCY:** Federal Highway Administration (FHWA), DOT.
**ACTION:** Notice; request for comments.

**SUMMARY:** Section 1604(b)(7) of the Safe, Accountable, Flexible, Efficient Transportation Equity Act: A Legacy for Users (SAFETEA–LU) (Pub. L. 109–59; Aug. 10, 2005), authorizes the Secretary of Transportation (Secretary) to develop