David J. Thomas, (SBN: 175180)
HANNA, BROPHY, MacLEAN, McALEER & JENSEN, LLP
1500 Iowa Avenue, Suite 220
Riverside, CA  92507
Telephone: (951) 824-2984
Facsimile : (951) 779-9494
E-mail: dthomas@hannabrophy.com

Attorney for Defendant
RALPH KENNETH DELEON (2)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>RALPH KENNETH DELEON (2),<br><br>Defendant. | CASE NO.: ED-CR-12-0092-VAP<br><br>JOINDER IN DEFENDANT KABIR'S MOTION TO EXCLUDE EVIDENCE OF HIS OTHER ACTS [DKT. #555]; AND KABIR'S REPLY IN FURTHER SUPPORT OF MOTION TO EXCLUDE EVIDENCE OF HIS OTHER ACTS [DKT. #557] |

COMES NOW Defendant RALPH KENNETH DELEON, and joins in Co-Defendant SOHIEL OMAR KABIR'S Motion to Exclude Evidence of His Other Acts [Dkt. #555] filed August 11, 2014, and Kabir's Reply in Further Support of Motion to Exclude Evidence of His Other Acts [Dkt. #557] filed August 12, 2014.  This Joinder is based upon the law and argument presented in co-defendant Kabir's Motion and Reply, all files and records in this case,  and any further evidence as may be presented at any hearing in connection with the Motion.

///

JOINDER IN DEFENDANT KABIR'S MOTION TO EXCLUDE EVIDENCE OF HIS OTHER ACTS [DKT. #555]; AND KABIR'S REPLY IN FURTHER SUPPORT OF MOTION TO EXCLUDE EVIDENCE OF HIS OTHER ACTS [DKT. #557]

Mr. Deleon submits that this Joinder is in the interest of justice and will avoid duplication of effort and unnecessary costs to the Government.

Dated: August 12, 2014 _____/s/_____
DAVID J. THOMAS
Attorney for Defendant, Ralph Kenneth DeLeon

JOINDER IN DEFENDANT KABIR'S MOTION TO EXCLUDE EVIDENCE OF HIS OTHER ACTS [DKT. #555]; AND KABIR'S REPLY IN FURTHER SUPPORT OF MOTION TO EXCLUDE EVIDENCE OF HIS OTHER ACTS [DKT. #557]