# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  Virginia A. Phillips

From: Christine Chung, Deputy Clerk    Date Received: 11/12/2020

Case No.: EDCR 12-00092-VAP-3    Case Title: USA v. Miguel Alejandro Santana Vidriales

Document Entitled: Letter to Judge

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☒ | Local Rule 83-2.5 | No letters to the judge |
| ☒ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☐ | Other: | |

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

November 30, 2020    /s/ Virginia A. Phillips
Date    U.S. District Judge / ~~U.S. Magistrate Judge~~

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 - ORIGINAL - OFFICE    COPY 2 - JUDGE    COPY 3 - SIGNED & RETURNED TO FILER    COPY 4 - FILER RECEIPT

CV-104A (06/13)    NOTICE OF DOCUMENT DISCREPANCIES

Miguel Alejandro Santana Vidriales
#63971-112
Federal Correctional Institution #1
P.O. Box 3725
Adelanto, Ca. 92301

8-4-2020

Honorable Virginia A. Phillips
United States District Judge
United States Court House
Riverside, Ca. 92501

Re: Compassionate release / Sentence modification
   Case # ED CR 12-00092-(B)-VAP

To: Judge Virginia A. Phillips

   My name is Miguel Alejandro Santana Vidriales #63971-112. I am reaching out to you for assistance in filing for compassionate release and/or modification of sentence. I believe that I am eligible for the following reasons:
   (1) I have completed 90% of my sentence (Earlist possible date 5-25-2021)
   (2) I am currently in recovery from testing positive for Covid-19.
Upon completion of my sentence I am order to attend a hearing regarding my deportation status. My request to the court includes the possibility of setting my hearing to an earlier date. My family has arranged housing and employment for me in Mexico.
At your convenience, please send me any information that can help me file for compassionate release.

Thank you.

Miguel

Name: Miguel Alejandro Santana Vidriales
Reg#: 63871-112
Federal Correctional Institution #1
P.O. BOX 3725
ADELANTO, CA 92301

SN BERNARDINO CA 923
9 NOV 2020 PM 7 L

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 12 2020
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

92501-360170

Honorable Virginia A. Phillips
U.S. Court House/U.S. District Judge
3470 12th St.
Riverside Ca. 92501